Laurence ("Laird") J. Lucas (ISB# 4733)
Marc Shumaker (ISB #9606)
*Advocates for the West*
P.O. Box 1612
Boise, ID 83701
208-342-7024
llucas@advocateswest.org
mshumaker@advocateswest.org

Deborah A. Ferguson (ISB# 5333)
Ferguson Durham, PLCC
223 N. 6th Street, Suite 325
Boise, ID 83702
208-345-5183
daf@fergusondurham.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO RIVERS UNITED, and FRIENDS OF THE CLEARWATER, <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>NEZ PERCE-CLEARWATER FOREST SUPERVISOR CHERYL F. PROBERT; UNITED STATES FOREST SERVICE; NOAA FISHERIES; and U.S. FISH AND WILDLIFE SERVICE, <br><br>　　　　　　Defendants. | No. 3:16-cv-102-CWD <br><br> **DECLARATION OF MARC SHUMAKER** |

I, MARC SHUMAKER, hereby declare and state as follows:

1. I am counsel of record for Plaintiffs Idaho Rivers United and Friends of the Clearwater in this matter. The following statements are based on my personal knowledge.

DECLARATION OF MARC SHUMAKER -- 1

2. Attached as Exhibit 1 is a true and correct copy of the Johnson Bar Fire Salvage Project Alternative 4 Modified map from the project record. AR FS1949. On Exhibit 1, I used a red pen to highlight the roads that the Forest Service proposed to decommission. I used a green pen to highlight the Project area perimeter.

3. Attached as Exhibit 2 is also a true and correct copy of the Johnson Bar Fire Salvage Project Alternative 4 Modified map from the project record. AR FS1949. On Exhibit 2, I highlighted the designated Wild and Scenic River Corridor using a blue pen, and the Project area boundary in green. Clearcut harvest units are highlighted in orange, and partial timber harvesting (two aged) are highlighted in yellow. I determined which project units will be clearcut from the tables on pages 52 and 53 of the ROD. AR FS1951-52. I also used a red pen to highlight the State and private lands where salvage logging has already occurred within the Wild and Scenic Corridor. These are the clearcuts pictured in the declarations of Kevin Lewis and Gary Macfarlane. Lewis Decl. Exh. 4 (*Docket No. 14-8*); Macfarlane Decl. Exh. 1 (*Docket No. 14-10*).

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Executed this 22nd day of April, 2016 at Boise, Idaho.

/s/  Marc Shumaker
Marc Shumaker

DECLARATION OF MARC SHUMAKER -- 2