# Exhibit 1
# Roads to Decommission

