# Exhibit 2
# Timber Harvest Units

